**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**STEVE MCLELLAN,**
an Individual

    Plaintiff,

                              **CASE NO.: 3:18-CV-00254-BJD-MCR**

vs.

**CORRECTIONS OFFICER**
**SHANE BIANCANIELLO,**
**individually,**
**and**
**CAPTAIN/CORRECTIONS**
**OFFICER SWAIN**

    **Defendants.**
    _____/

**DEFENDANTS, CORRECTIONS OFFICER SHANE BIANCANIELLO**
**AND CAPTAIN/CORRECTIONS OFFICER SWAIN'S  NOTICE OF**
<u>**FILING STATE COURT RECORD**</u>

    The Defendants, CORRECTIONS OFFICER SHANE BIANCANIELLO AND CAPTAIN/CORRECTIONS OFFICER SWAIN pursuant to Local Rule 4.02(b) gives notice of filing the state court record.

    Dated this 30th day of May 2018 in Clay County Florida.

Defendants Notice of Filing State Court Record
Case No.:  3:18-CV-00254-BJD-MCR

        LAW OFFICES OF BOHDAN NESWIACHENY
        Counsel for Defendants,
        Officer Shane Biancaniello and
        Captain Swain
        151 College Drive, Suite 1
        Orange Park, FL 32065
        Tel: (904) 276-6171
        Fax: (904) 276-1751
        Primary E-Mail: service-orangepark@bnlaw.com
        Atty E-Mail: sbarber@bnlaw.com **(not for service)**

        By:   /s/ Sean C. Barber
            Sean C. Barber
            Florida Bar No.: 0680931

Defendants Notice of Filing State Court Record
Case No.:  3:18-CV-00254-BJD-MCR

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent to: D. Marc Warner, Esq. 5200 SW 91st Terrace, Suite 101, Gainesville, FL 32608 electronically via the CM/ECF filing system and e-mail at marc@fbswlaw.com; kimhart@fbswlaw.com;  Nicholas Christopolis, Esq., 4309 Salisbury Road, Jacksonville, FL 32216 at nchristopolis@florida-law.com; Gregg A. Toomey, Esq.,   The Old Robb & Stucky Building1625 Hendry Street, Suite203, Fort Myers, FL 33901, at gat@thetoomeylawfirm.com on  this 30th  day of May, 2018.

                                          /s/ Sean C. Barber
                                               Attorney

SB/scb
133.18015

Defendants Notice of Filing State Court Record
Case No.:  3:18-CV-00254-BJD-MCR